Official Form 417A (12/18)

2023 FEB 23   AM 11:20

FILED

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**
Case No. 6:21-cv-0118-PGB-DCI

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Israel Otero and Pura Rodriguez

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order of Dismissal Doc.# 82

2. State the date on which the judgment, order, or decree was entered: January 27, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____   Attorney: See attached list.
   _____
   _____

2. Party: _____   Attorney: _____
   _____
   _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Israel Otero_
_Pura Rodriguez_

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: _2/23/2023_
_February 23, 2023_

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
_7216 Glasgow Avenue_
_Orlando Florida 32819_
_Email: rayomtg2000@yahoo.com_
_Tel: 407-470-3759_

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PARTIES LIST

### 1. NEWREZ LLC  D/B/A SHELLPOINT MORTGAGE SERVICING

Lauren G. Raines, Esq.
BRADLEY ARANT BOULT  CUMMINGS LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Tel: (813) 559-5500 | Fax: (813) 229-5946
Email: lraines@bradley.com

Elizabeth R. Brusa, Esq.
BRADLEY ARANT BOULT
CUMMINGS LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Tel: (813) 559-5500 | Fax: (813) 229-5946
Email: lraines@bradley.com

### 2. BANK OF NEW YORK MELLON

Lauren G. Raines, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Tel: (813) 559-5500 | Fax: (813) 229-5946
Email: lraines@bradley.com

Elizabeth R. Brusa, Esq.
BRADLEY ARANT BOULT  CUMMINGS LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Tel: (813) 559-5500 | Fax: (813) 229-5946
Email: lraines@bradley.com

-1-

## 3.  TROMBERG MORRIS & POULIN PLLC.

Jason Joseph, Esq.
Tromberg, Morris & Poulin, PLLC
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
Email: eservice@tmppllc.com

## 4.  ANDREA R. TROMBERG

Jason Joseph, Esq.
Tromberg, Morris & Poulin, PLLC
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
Email: eservice@tmppllc.com

## 5.  BOB P. LEBLANC

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: Samantha.Baker@myfloridalegal.com

6.  **LISA T. MUNYON**

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: Samantha.Baker@myfloridalegal.com


7.  **CHAD K. ALVARO**

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: Samantha.Baker@myfloridalegal.com


8.  **VINCENT FALCONE III**

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: Samantha.Baker@myfloridalegal.com

**9.  RICHARD B. ORFINGER**

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: Samantha.Baker@myfloridalegal.com

**10.   JAY P. COHEN**

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: Samantha.Baker@myfloridalegal.com

**11. FREDERIC RAND WALLIS**

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: Samantha.Baker@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal was

submitted for filing with the Clerk of the Court on February 23, 2023, and served via

electronic mail to all parties listed below:

Lauren G. Raines, Esq.
BRADLEY ARANT BOUL T
CUMMINGS LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Tel: (813) 559-5500 | F: (813) 229-5946
Email: lraines@bradley.com
Counsel for Defendants Defendants NewRez LLC. D/B/A
Shell point Mortgage Servicing and Bank of New York Mellon

Elizabeth R. Brusa, Esq.
BRADLEY ARANT BOULT
CUMMINGS LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Tel: (813) 559-5500 | F: (813) 229-5946
Email: lraines@bradley.com
Counsel for Defendants NewRez LLC. D/B/ A
Shell point Mortgage Servicing and Bank of New York Mellon

Jason Joseph, Esq.
Tromberg, Morris & Poulin, PLLC
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
Email: eservice@tmppllc.com
Counsel for Defendants Andrea R. Tromberg
And Tromberg Morris & Poulin PLLC

-1-

Samantha-Josephine Baker
Assistant Attorney General
Office of the Attorney General
501 E. Kennedy Bl vd., Suite 1100
Tampa , FL 33602-5242
Tel: 813-233-2880 | Fax: (813) 233-2886
Email: S amantha.Baker @ myflor idalegal.com
Counsel for Defendants Le Blanc, Munyon , Alvaro,
Falcone, Orfinger , Cohen, Wallis

Israel Otero
7216 Glasgow Ave.
Orlando, FL 32819
Phone:407-470-3759
rayomtg2000@yahoo.com

Pura Rodriguez
7216 Glasgow Ave
Orland o, FL 32819
Phone: 407-470-3759
rayomtg2000 @yahoo.com